Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19487−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Scott Petrone
6 Dawson Rd
Mendham, NJ 07945−2120

Karen Petrone
6 Dawson Rd
Mendham, NJ 07945−2120

Social Security No.:
xxx−xx−0659

xxx−xx−0400

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on December 17, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 27 − 22
Order Granting Motion To Withdraw As Attorney. Scott J. Goldstein terminated as attorney. (Related Doc # 22). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/17/2018. (jf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 17, 2018
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-19487-VFP
Scott Petrone                                                                                   Chapter 13
Karen Petrone
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1               Date Rcvd: Dec 17, 2018
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
db/jdb          Scott Petrone,   Karen Petrone,   6 Dawson Rd,   Mendham, NJ   07945-2120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    Bank of America, N.A. kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Scott J. Goldstein    on behalf of Joint Debtor Karen  Petrone sjg@sgoldsteinlaw.com,
       cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
      Scott J. Goldstein    on behalf of Debtor Scott  Petrone sjg@sgoldsteinlaw.com,
       cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                 TOTAL: 6