UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Office of Scott J Goldstein LLC
280 West Main Street
Denville, NJ 07834
Tel: (973) 453-2838
Fax: (973) 453-2869
sjg@sgoldsteinlaw.com

Scott J Goldstein (016472004)

**Order Filed on December 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Scott Petrone and Karen Petrone

Case No.: 18-19487

Adv. No.:

Hearing Date: 12/6/2018

Judge: VFP

## Order Granting Motion to Withdraw as Counsel

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: December 14, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case No.: 18-19487
Case Name:

**THIS MATTER,** having been opened to the Court on the motion of the Debtor's counsel, Scott J. Goldstein, Esq. seeking an Order, to DNJ LBR 9010-2, DNJ L.Civ.R. 102.1 and RPC 1.16 permitting Scott J. Goldstein and the Law Offices of Scott J. Goldstein, LLC to withdraw as counsel to the Debtor, and the Court having read the papers in support and in opposition to the motion, if any, and the Court having heard the arguments of counsel, if any, and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Counsel's motion is granted as follows:
2. Scott J. Goldstein, Esq. and the Law Offices of Scott J. Goldstein, LLC are hereby relieved as counsel in this matter.
3. All proceedings in this matter shall be stayed for 30 days to allow the Debtor to obtain new counsel
4. The moving attorney shall serve a copy of this Order on all parties.

Case No.:  18-19487
Case Name:

..........

United States Bankruptcy Court
District of New Jersey

In re:  
Scott Petrone  
Karen Petrone  
    Debtors

Case No. 18-19487-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 17, 2018  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2018.  
db/jdb         Scott Petrone,   Karen Petrone,   6 Dawson Rd,   Mendham, NJ   07945-2120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2018 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   Bank of America, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor   Bank of America, N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Scott J. Goldstein    on behalf of Joint Debtor Karen  Petrone sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          Scott J. Goldstein    on behalf of Debtor Scott  Petrone sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                       TOTAL: 6