Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−19487−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Scott Petrone                                    Karen Petrone
  6 Dawson Rd                                     6 Dawson Rd
  Mendham, NJ 07945−2120            Mendham, NJ 07945−2120

Social Security No.:
  xxx−xx−0659                                   xxx−xx−0400

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on January 22, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 23, 2019
JAN: mcp

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-19487-VFP
Scott Petrone                                                             Chapter 13
Karen Petrone
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Jan 23, 2019
                              Form ID: 148             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2019.
```
db/jdb         Scott Petrone,    Karen Petrone,    6 Dawson Rd,    Mendham, NJ  07945-2120
517521979      Advanced Spinal Care Assoc LLC,    PO Box 40115,    Newark, NJ  07101-4001
517521986      Citibank/the Home Depot,    Centralized Bankruptcy,    PO Box 790034,
                Saint Louis, MO  63179-0034
517521987     +Denville Surgical Center,    3130 State Route 10,    Denville, NJ 07834-3454
517521991      KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
517521994     +Midland Funding, LLC,    1037 Raymond Blvd,    Newark, NJ 07102-5423
517521995      Morris County Special Civil Part,    56 Washington St,    Morristown, NJ  07960-6812
517543661      Nissan - Infiniti LT,    POB 660366,    Dallas, TX  75266-0366
517521996      Nissan Motor Acceptance,    Attn: Bankruptcy,    PO Box 660360,    Dallas, TX  75266-0360
517521997      Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    PO Box 660360,
                Dallas, TX  75266-0360
517521998      Portasoft of Morris Co.,    578 US Highway 46,    Kenvil, NJ  07847-2619
517521999    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    N.J. Division of Taxation Bankruptcy Sec,
                PO Box 245,    Trenton, NJ  08695-0245)
517522000      Superior Court of New Jersey,    56 Washington St,    Morristown, NJ  07960-6812
517580647      UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                MADISON WI 53708-8973
517522002      US Dept of Ed/Glelsi,    PO Box 7860,    Madison, WI  53707-7860
517522003      US Dept of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Ln,
                Madison, WI  53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2019 23:50:31     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2019 23:50:28     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ  07102-5235
517521980      EDI: BANKAMER.COM Jan 24 2019 04:08:00      Bank of America,    Attn: Bankruptcy,    PO Box 982238,
                El Paso, TX  79998-2238
517626777      EDI: BANKAMER.COM Jan 24 2019 04:08:00      Bank of America, N.A.,    PO Box 31785,
                Tampa, FL 33631-3785
517521981      EDI: TSYS2.COM Jan 24 2019 04:08:00      Barclays Bank Delaware,    Attn: Correspondence,
                PO Box 8801,    Wilmington, DE  19899-8801
517521982      EDI: TSYS2.COM Jan 24 2019 04:08:00      Barclays Bank Delaware,    PO Box 8803,
                Wilmington, DE  19899-8803
517521983      EDI: CAPITALONE.COM Jan 24 2019 04:08:00      Capital One,   15000 Capital One Dr,
                Richmond, VA  23238-1119
517521984      EDI: CAPITALONE.COM Jan 24 2019 04:08:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                Salt Lake City, UT  84130-0285
517521985      EDI: CHASE.COM Jan 24 2019 04:08:00      Chase Bank USA, N.A.,    PO Box 15298,
                Wilmington, DE  19850-5298
517534276      EDI: DISCOVER.COM Jan 24 2019 04:08:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH  43054-3025
517521988      EDI: DISCOVER.COM Jan 24 2019 04:08:00      Discover Fin Svcs LLC,    PO Box 15316,
                Wilmington, DE  19850-5316
517521989      EDI: DISCOVER.COM Jan 24 2019 04:08:00      Discover Financial,    PO Box 3025,
                New Albany, OH  43054-3025
517521990      EDI: IRS.COM Jan 24 2019 04:08:00      Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA  19101-7346
517521992      EDI: RESURGENT.COM Jan 24 2019 04:08:00      LVNV Funding, LLC,    200 Meeting Pl # 206,
                Greenville, SC  29615-5833
517521993      EDI: MID8.COM Jan 24 2019 04:08:00      Midland Credit Management, Inc,
                2365 Northside Dr Ste 300,    San Diego, CA  92108-2709
517636074     +EDI: MID8.COM Jan 24 2019 04:08:00      Midland Funding LLC,    PO Box 2011,
                Warren, MI 48090-2011
517625458      EDI: PRA.COM Jan 24 2019 04:08:00      Portfolio Recovery Associates, LLC,    c/o Carnival,
                POB 41067,    Norfolk VA 23541
517522001      EDI: CITICORP.COM Jan 24 2019 04:08:00      Thd/Cbna,    PO Box 6497,
                Sioux Falls, SD  57117-6497
                                                                                               TOTAL: 18
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jan 23, 2019
                              Form ID: 148             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2019 at the address(es) listed below:

      Denise E. Carlon    on behalf of Creditor   Bank of America, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

      Kevin Gordon McDonald    on behalf of Creditor   Bank of America, N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

      Marie-Ann Greenberg    magecf@magtrustee.com

      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                         TOTAL: 4